# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST** | § | |
| **COMPANY, AS TRUSTEE FOR GSRPM** | § | |
| **MORTGAGE LOAN TRUST 2007-1** | § | |
| **MORTGAGE PASS-THROUGH** | § | |
| **CERTIFICATES, SERIES 2007-1** | § | |
| | § | |
| **v.** | § | **NO. 9:14-CV-153** |
| | § | |
| **DOROTHY M. WATTS and** | § | |
| **TED F. WATTS** | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 30, 2014, Deutsche Bank National Trust Company filed this lawsuit against the Defendants, Dorothy M. Watts and Ted F. Watts. (Doc. No. 1.) Pursuant to General Order 14-10, the case was assigned to the Honorable Zack Hawthorn, United States Magistrate Judge on October 31, 2014. The Defendants have not answered or otherwise appeared in the case. Accordingly, Deutsche Bank requested an entry of default, and the clerk of court made such entry on February 19, 2015. Deutsche Bank filed a "Motion for Default Judgment" (Doc. No. 9) on March 24, 2015 and then filed an "Amended Motion for Default Judgment" (Doc. No. 15) on June 19, 2015. Deutsche Bank has since amended its complaint (Doc. No. 17) and filed a "Second Motion for Default Judgment." (Doc. No. 18.)

The court has received and considered the report from the magistrate judge, who recommends that, in light of Deutsche Bank's amended complaint and second motion for default judgment, Deutsche Bank's "Motion for Default Judgment" (Doc. No. 9) and "Amended Motion for Default Judgment" (Doc. No. 15) be denied as moot. (Doc. No. 19.) No objections to the report and recommendation have been filed, and the Court's independent review confirms that the magistrate judge's analysis is correct.

1

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 19) is **ADOPTED**, and Deutsche Bank's "Motion for Default Judgment" (Doc. No. 9) and "Amended Motion for Default Judgment" (Doc. No. 15) are **DENIED AS MOOT**.

**SIGNED this 5th day of October, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE