IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSRPM MORTGAGE LOAN TRUST 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 | § § § § § § | |
| v. | § § | NO. 9:14-CV-153 |
| DOROTHY M. WATTS and TED F. WATTS | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 30, 2014, Deutsche Bank National Trust Company ("Deutsche Bank") filed this lawsuit against the Defendants, Dorothy M. Watts and Ted F. Watts. (Doc. No. 1.) Pursuant to General Order 14-10, the case was assigned to the Honorable Zack Hawthorn, United States Magistrate Judge on October 31, 2014. The Defendants have not answered or otherwise appeared in the case. Accordingly, Deutsche Bank requested an entry of default, and the clerk of court made such entry on February 19, 2015. (Doc. Nos. 7, 8.) Deutsche Bank has filed a "Second Amended Motion for Default Judgment," which is now pending before the court. (Doc. No. 18.)

The court has received and considered the report from the magistrate judge, who recommends that Deutsche Bank's "Second Amended Motion for Default Judgment" (Doc. No. 18) be denied. (Doc. No. 22.) No objections to the report and recommendation have been filed, and the time for doing so has passed. Furthermore, the court's independent review confirms that the magistrate judge's analysis is correct.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 22) is **ADOPTED**, and Deutsche Bank's "Second Amended Motion for Default Judgment" (Doc. No. 18) is **DENIED**.

**SIGNED this 13th day of March, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE